UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23512-CIV-PAS

EITZEN CHEMICAL (SINGAPORE) PTE,
LTD., et al.,

    Plaintiffs,

v.

CARIB PETROLEUM, et al.,

    Defendants.
_____/

## ORDER ON INFORMAL DISCOVERY CONFERENCE

This matter came before the Court on an informal discovery conference held before the undersigned on May 4, 2011. The Court ruled on discovery matters relating to the following samples of materials at issue in the case that are in Plaintiffs' possession, as described in greater detail on the record, and stated the reasons for the rulings on the record: (a) two samples of approximately one liter each from the M/T GLEN; (b) a composite sample composed of several smaller samples from the M/T SICHEM CHALLENGE; (c) a sample from August 9, 2010, from the M/T SICHEM CHALLENGE; (d) a sample from August 13, 2010, from the M/T SICHEM CHALLENGE; and (e) a sample from June 30, 2010, from the M/T SICHEM CHALLENGE. This Order sets forth these rulings, summarizes the reasons for them stated at the conference, and incorporates by reference such reasons. Having heard from the parties, and for the reasons stated on the record, it is

**ORDERED AND ADJUDGED** as follows:

1. With respect to samples (a), (b), (c), and (d) described above, Plaintiffs do not object to providing to Defendants reasonably sufficient quantities of the respective samples in order to enable Defendants to conduct their own separate, independent

testing. Therefore, Plaintiffs shall provide to Defendants such quantities of these samples within 20 days of the date of this Order, or at a mutually agreed upon later date.

      2. With regard to sample (e) described above, Plaintiffs have already begun testing, and the parties agree that an insufficient amount of the sample remains for Defendants to conduct their own testing because of the destructive nature of the sample testing process. Thus, the Court cannot order preservation of such a sample, and Defendants agree that the remainder of the testing should proceed. Defendants sought no relief with respect to the continuation of the testing. However, Defendants have reserved the right to seek relief based upon spoliation of this evidence, and nothing in this Order addresses the propriety of such relief.

      **DONE AND ORDERED** in Miami, Florida, on May 5, 2011.

*/s/ Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
    Counsel of Record